Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiffs Chester Steele,
Francisco Campos and Angeline Krolnik-Campos

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER STEELE, FRANCISCO CAMPOS and ANGELINE KROLNIK-CAMPOS, individually, and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MOTORS, LLC, a Delaware Limited Liability Company, <br><br> Defendant. | Case No. 2:17-cv-04323-TJH-SK <br><br> **JOINT STIPULATION TO DISMISS THE ACTION WITH PREJUDICE AS TO PLAINTIFFS' CLAIMS, BUT WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS** <br><br> **[FED. R. CIV. P. 41(a)(1)(A)(ii)]** |

Following mediation, **IT IS HEREBY STIPULATED** pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., by and between Plaintiffs Chester Steele, Francisco Campos and Angeline Krolnik-Campos ("Plaintiffs") and Defendant General Motors LLC ("GM"), by and through their undersigned attorneys of record, that plaintiffs' complaint and the action and all of their individual claims pleaded against GM therein are hereby dismissed with prejudice, but without prejudice to any claims asserted on behalf of the putative class.

CAPSTONE LAW APC

Dated: December 5, 2018    */s/ Tarek H. Zohdy*
Tarek H. Zohdy
*Attorneys for Plaintiffs*

ISAACS CLOUSE CROSE & OXFORD LLP

Dated: December 5, 2018    */s/ Gregory R. Oxford*
Gregory R. Oxford
*Attorneys for Defendant*

The undersigned hereby attests pursuant to LR 504.3.4(2)(i) that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Gregory R. Oxford*

Page 1